1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4
5  Attorney for Defendant, Iris Leon

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,           CASE NO.  6:16-mj-00002-MJS

12 |            Plaintiff,

13 |      v.                              **STIPULATION TO CONTINUE INITIAL APPEARANCE TO FEBRUARY 23, 2016; ORDER THEREON**

14 | IRIS LEON,

15 |            Defendant.

16

17      **IT IS HEREBY STIPULATED** by and between the Defendant, IRIS LEON, her

18 attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

19 Service, MATTHEW McNEASE, that the Initial Appearance in the above-captioned matter

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
   STIPULATION TO CONTINUE
   INITIAL APPEARANCE TO
   FEBRUARY 23, 2016
                                                                                        1

currently scheduled for January 27, 2016, at 10:00 a.m. be continued until February 23, 2016, at 10:00 a.m.

Ms. Leon doesn't drive.  She is relying on a friend to bring her to court and traveling from Mammoth.  There are issues with this case that are unresolved and the prosecution and defense hope to be able to resolve these issues prior to the initial appearance.

Dated:  January 21, 2016                    /s/ Carol Ann Moses
                                            CAROL ANN MOSES
                                            Attorney for Defendant,
                                            IRIS LEON


Dated:  January 21, 2016                    /s/ Matthew McNease
                                            MATTHEW McNEASE
                                            Acting Legal Officer
                                            National Park Service


ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Initial Appearance for Iris Leon in CASE NO.  6:16-mj-00002-MJS currently scheduled for January 27, 2016, at 10:00 a.m. shall be continued to February 23, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 23, 2016           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE
INITIAL APPEARANCE TO
FEBRUARY 23, 2016