**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, IRIS LEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>IRIS LEON,<br><br>            Defendant. | CASE NO.  6:16-mj-00002-MJS<br><br>**STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR TELEPHONIC INITIAL APPEARANCE, ORDER THEREON** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant IRIS LEON, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her initial appearance, and be allowed to appear by telephonic appearance.  Ms. Leon agrees that her interests shall be represented at all times by the presence of her attorney, Carol Moses, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.  The government has no objection to this request.

Ms. Leon is charged with 1 count of 36 CFR 4.2(b) incorporating California Vehicle Code Section 14601.2(a) – Driving with a Suspended License, 1 count of 36 CFR 4.2(b), incorporating California Vehicle Code Section 4000(a)(1) – Driving without Current Registration, 1 count of 36 CFR 4.2(b), incorporating California Vehicle Code Section 16028(a) – Driving without Evidence of Financial Responsibility, 36 CFR 4.2(b), incorporating California Vehicle Code

Section 5200(a) – Failure to attach a License Plate to the Front of the Vehicle, and 1 count of 36 CFR 2.35(b)(2) – Possession of a Controlled Substance - Marijuana.

Ms. Leon currently resides in Mammoth, California. Her mother has stage 4 cancer. On February 16, 2016, her mother was admitted to a hospital in Los Angeles where she is being treated for a ruptured intestine. On February 17, 2016, she was put on hospice care. Ms. Leon is traveling to Los Angeles to see her mother.

Ms. Leon respectfully requests that the Court grant a waiver of her right and obligation to be personally present for all status conferences and non dispositive motions and that she be permitted to appear via telephonic appearance for her initial appearance on February 23, 2016. In the alternative, she requests a continuance of her initial appearance to a later date after her mother is stabilized.

Matthew McNease, Acting Legal Officer for the National Park Service, does not object to the Rule 43 Waiver or to Ms. Leon appearing by telephonic appearance at her initial appearance on February 23, 2016.

Dated:  February 17, 2016          /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant,
                                   BRIAN JOLLES


Dated:  February 17, 2016          /s/ Matthew McNease
                                   MATTHEW MCNEASE
                                   Yosemite Acting Legal Officer

DEFENDANT'S REQUEST FOR WAIVER
OF PERSONAL APPEARANCE & TELEPHONIC
INITIAL APPEARANCE

ORDER

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance and request to appear via telephonic appearance at the initial appearance hearing in Case 6:16-mj-00002-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   February 19, 2016             /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE