Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IRIS LEON<br><br>　　　　Defendant. | No.  6:16-MJ-0002-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

　　　The United States, by and through its representative, Susan St. Vincent, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for March 17, 2017.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on April 19, 2016.

　.

　　　Dated:  March 2, 2017　　　　　　　　NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for March 17, 2017 in the above referenced matter, *United States v. Leon* 6:16-mj-0002-MJS, be vacated.

IT IS SO ORDERED.

Dated:   March 6, 2017             /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE